# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MIGUEL ROMAN RIMES | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-1660-S-BK |
| | § | |
| FLORIDA INTERNATIONAL UNIVERSITY | § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED October 10, 2025.

_____
UNITED STATES DISTRICT JUDGE